UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

THIRSTON HARRISON,

                                                    Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER
JOSHUA WINTERS, Shield No. 1708;Sergeant
DAVID CHEESEWRIGHT, Shield No. 1990;
POLICE OFFICER JASON BRUNSON, Shield NO.
17542; POLICE OFFICER JONATHAN CARO,
Shield No. 20193, JOHN and JANE DOE 5 through
10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                                   Defendants.
----------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

11-CV-02762-SLT-RML

**WHEREAS,** plaintiff Thirston Harrison, commenced this action by filing a complaint on or about June 08, 2011 and as amended June 26, 2012 alleging that the defendants violated plaintiff's federal civil and state common law rights; and

**WHEREAS,** Defendants City of New York, Officer Joshua Winters, Sergeant David Cheesewright, Officer Jason Brunson and Officer Jonathan Caro have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues asserted in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against Defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amounts specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff Thirston Harrison the sum of SEVENTEEN THOUSAND FIVE HUNDRED ($17,500.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants and to release the Defendants City of New York, Officer Joshua Winters, Sergeant David Cheesewright, Officer Jason Brunson and Officer Jonathan Caro and any present or former employees and agents of the City of New York or any entity represented by the Office of Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights from the beginning of the world to the date of the General Release executed herewith, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to Defendants' attorney all documents necessary to effect this settlement, including, without limitation, the General Release based on the terms of paragraph 2 above and Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, Plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the Defendants that they in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless the City of New York and any present or former employees and agents of the City of New York or any agency thereof regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and

conditions contained herein.

Dated: New York, New York
       July    , 2012

Afsaan Saleem, Esq.
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-6880

By: _____ 8/2/12
    Afsaan Saleem, Esq.
    *Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
By: David M. Pollack,
Assistant Corporation Counsel
*Attorney for Defendants* City of NY,
Officer Joshua Winters, Sergeant David
Cheesewright, Officer Jason Brunson and
Officer Jonathan Caro
100 Church Street, Rm. 3-146
New York, New York 10007
(212) 788-1894

8/3/12 _____
    David M. Pollack

Dated: New York, New York
~~July    , 2012~~
August 10, 2012

SO ORDERED:

s/ SLT
_____
HON. SANDRA L. TOWNES
U.S. DISTRICT COURT JUDGE

The Clerk of Court is directed to close the case.

- 4 -